UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In Re:

IDAHO BANCORP,

                Debtor.

Case No. 14-00662-TLM
Chapter 11

**Order Setting Hearing Date Regarding Debtor-in-Possession's
Motion for Orders Approving Sale Procedures and the
Form and Manner of Notice of the Sale of Certain Assets**

      This matter comes before the Court on Idaho Bancorp's ("Bancorp") Emergency Motion for Order Setting Hearing Dates (CR 16) (the "Motion") seeking the entry of an order setting hearing dates in connection with Bancorp's contemporaneously filed Motion for Orders Pursuant to 11 U.S.C. §§ 105(a) and 363(b); Fed. R. Bankr. P. 2002, 6004, and 9014; (I) Approving (A) Sale Procedures and (B) the Form and Manner of Notice of the Sale of Certain Assets; (II) Approving the Sale of Certain Assets; (III) Waiving the 14-day Stay of Fed. R. Bankr. P. 6004(h); and (IV) Granting Related Relief (CR 7) (the "Sale Motion") and the contemporaneously-filed Motion of Bancorp for Entry of Order (I) Authorizing Bancorp to Obtain Postpetition Financing on a Senior Secured, Superpriority Basis; and (II) Authorizing the Use of Cash Collateral (CR 8) (the "DIP Loan Motion"). The Court has reviewed the Motion, the Sale Motion, the DIP Loan Motion, the Declaration of James C. Latta in Support of First Day Pleadings (the "Latta Declaration"), the Objection of Alesco Preferred Funding XVI, Ltd. to Emergency Motion for Order Setting Hearing Dates, the Joinder in Objection of Alesco Preferred Funding XVI, Ltd. filed by Sunwest Bank, and Wilmington Trust Company's Limited Objection to Emergency Motion for Order Setting Hearing Dates, and considered the statements

and arguments of counsel at the May 2, 2014 hearing.  Capitalized terms not otherwise defined in this order have the meanings ascribed to them in the Sale Motion.

Based on the foregoing, the Court hereby ordered as follows:

1. The Motion shall be and hereby is granted in part and denied in part;

2. The following matters shall be heard as provided below:

   a) The hearing on the portion of the Sale Motion relating to the Sale Procedures and the Form and Manner of Notice of the Sale of Assets, including approval of the form of Asset Purchase Agreement and Expense Reimbursement (the "Sale Procedures Portion") is set for an evidentiary hearing on May 20, and 21, 2014, commencing at 9:30 a.m. each day. Objections to the Sale Procedures Portion shall be due on or before May 12, 2014.  Disclosures of witnesses and exhibits are due on or before May 15, 2014.

   b) The hearing on the DIP Loan Motion shall be on May 20, and 21, 2014, commencing at 9:30 a.m. each day.  Objections shall be due on or before May 12, 2014. Disclosures of witnesses and exhibits are due on or before May 15, 2014.

3. Bancorp shall serve a Notice of Hearing, and copies of the Sale Motion and the DIP Loan Motion, on the following parties: (i) all entities known to have expressed an interest in a transaction with respect to Bancorp, the Bank or the Shares (or a portion thereof); (ii) any entities known to have asserted any Encumbrance in or upon the Shares; (iii) all federal, state, and local regulatory or taxing authorities or recording offices which have a reasonably known interest in the relief requested by the Sale Motion or the DIP Loan Motion, including the FDIC and Idaho Department of Finance; (iv) all parties to the APA and all related agreements; (v) the Office of the United States Trustee; (vi) the Securities and Exchange Commission; (vii) the Internal Revenue Service; (viii) Wilmington Trust Company; (ix) U.S. Bank; (x) Idaho Bancorp

Statutory Trust I; (xi) Idaho Bancorp Statutory Trust II; (xii) all entities that have requested notice in accordance with Bankruptcy Rule 2002; (xiii) all other known creditors of Bancorp; and (xiv) counsel to any official committee established in this Chapter 11 case.

4. The Court will consider Bancorp's request to set dates for an Auction and a Sale Hearing (both requested in the Sale Motion) at the hearing on May 20 and 21, 2014. Bancorp will not send out notice of a date for the Auction or the Sale Hearing pending further order of this Court.  //end of text//

DATED:  May 7, 2014



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE


APPROVED AS TO FORM

    DATED this 6th day of May, 2014.

                      COSHO HUMPHREY LLP

                      By  /s/
                          Joseph M. Meier – Of the Firm
                          Attorneys for Banner Corporation


    DATED this 6th day of May, 2014.

                        HOLLAND & HART, LLP

                        By /s/ _____
                          Robert A. Faucher – Of the Firm
                          Attorneys for Alesco Preferred Funding
                          XVI, Ltd.

DATED this 6th day of May, 2014.

                        JONES GLEDHILL FUHRMAN GOURLEY, PA

                        By /s/ _____
                          W. Ben Slaughter – Of the Firm
                          Attorneys for Wilmington Trust Co.

DATED this 6th day of May, 2014.

                        COOPER & LARSEN

                        By /s/ _____
                          R. Ron Kerl – Of the Firm
                          Attorneys for Sunwest Bank

DATED this 6th day of May, 2014.

                        UNITED STATES TRUSTEE

                        By /s/ _____
                          Mary P. Kimmel – Of the Firm

Order submitted by Noah Hillen, Proposed Counsel for Idaho Bancorp.